```
```
Case 1:14-cv-00051-LPS-CJB   Document 14   Filed 03/04/14   Page 1 of 3 PageID #: 52

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FMC CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 14-051-LPS |
| | ) |
| SUMMIT AGRO USA, LLC and SUMMIT AGRO NORTH AMERICA HOLDING CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Lewis E. Farberman, of Sumitomo Corporation of America, 300 Madison Avenue, New York, New York 10016, to represent Defendants Summit Agro USA, LLC and Summit Agro North America Holding Corporation in this matter.

OF COUNSEL:
Lewis E. Farberman
Sumitomo Corporation of America
300 Madison Avenue
New York, NY 10016
(212) 207-0482

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Ave., Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendants Summit Agro USA, LLC and Summit Agro North America Holding Corporation*

Dated: March 4, 2014

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FMC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-051-LPS |
| | ) | |
| SUMMIT AGRO USA, LLC and SUMMIT AGRO NORTH AMERICA HOLDING CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Lewis E. Farberman is granted.

_____
United States District Judge

Date:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York State, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Lewis Farberman
Sumitomo Corporation of America
300 Madison Avenue
New York, NY 10016
lewis.farberman@sumitomocorp.com

Dated: March 4, 2014